IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARGENT CLASSIC CONVERTIBLE ARBITRAGE FUND LP, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| ADELPHIA COMMUNICATIONS CORPORATION, TIMOTHY RIGAS, JOHN J. RIGAS, ERLAND E. KAILBOURNE, MICHAEL J. RIGAS, JAMES P. RIGAS, PETER L. VENETIS, DENNIS P. COYLE, PETE J. METROS, LESLIE J. GELBER, DELOITTE & TOUCHE LLP, HIGHLAND 2000, LP, HIGHLAND HOLDINGS II, and HIGHLAND HOLDINGS | : <br> : CIVIL ACTION NO. 02-CV-3547 <br> : <br> : <br> : <br> : <br> : |
| Defendants. | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter our appearance in the above-captioned action on behalf of defendant, Deloitte & Touche LLP.

 

_____
Alan J. Davis
William A. Slaughter
Joel E. Tasca
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
(215) 864-8230/8114/8188
(215) 864-8999 (fax)

Date:  June 17, 2002

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2002, I caused a true and correct copy of the foregoing Entry of Appearance to be served by First Class Mail upon:

    Honorable Arlin M. Adams
    SCHNADER HARRISON SEGAL & LEWIS, LLP
    1600 Market Street, Suite 3600
    Philadelphia, PA  19103

                                                                                 _____
                                                                                 Joel E. Tasca