**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ARGENT CLASSIC CONVERTIBLE     :          CIVIL CASE
ARBITRAGE FUND L.P., et al.    :
                               :
     v.                        :
                               :
JOHN J. RIGAS, et al.          :          No. 02-03547

## O R D E R

AND NOW, this _____ day of September, 2002, IT IS HEREBY

ORDERED AND DECREED that Plaintiff Argent Classic Convertible

Arbitrage Fund's Motion for Limited Admission of Mark C. Grady

(Docket No. 3) and Plaintiff Argent Classic Convertible Arbitrage

Fund's Motion for Limited Admission of Judith L. Spanier (Docket

No. 4) are hereby **DENIED with leave to renew.**[1]


BY THE COURT:


_____

HERBERT J. HUTTON, J.

---

[1]     This case had been placed in Civil Suspense.